# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| **BRENT ROTTER**<br>**an individual,**<br><br>    **PLAINTIFF,**<br><br>**v.**<br><br><br>**BHAWANI, INC.**<br>**a company,**<br><br>    **DEFENDANT.** | **Case No. 2:2025-cv-00739**<br><br><br>**VOLUNTARY DISMISSAL**<br>**PURSUANT TO CR 41** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice the above-referenced action is voluntarily dismissed, without prejudice against all Defendants.

Dated this 19th day of May 2025.

Respectfully submitted,

By: _____
Peter Barnett, WSBA No. 50945
Attorney for Plaintiff
Telephone: 425-298-3922
peter@peterbarnettlaw.com

**DEFENDANT TO BE SERVED:**

BHAWANI, INC.
C/O BRIAN WICHMANN
15201 Military Road South
SeaTac, WA 98188